1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JULIE D. GARCIA (CABN 288624)
   Assistant United States Attorney
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6758
        FAX: (415) 436-7234
7       Julie.Garcia@usdoj.gov

8  Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO: CR 17-369 RS |
|---|---|
| Plaintiff, | ) STIPULATION TO EXCLUDE TIME AND ) [PROPOSED] ORDER |
| v. | ) |
| PHAITHONG EDWARD SAIYAKHOM | ) |
| Defendant. | ) |

On August 3, 2017, the parties appeared before the Honorable Judge Maria-Elena James, United States Magistrate Judge for the Northern District of California, for a hearing to review the conditions of defendant's bail and to set a date for a status conference before the District Court. A status conference before the Honorable Judge Richard Seeborg was set for August 29, 2017, at 2:30 pm, and time was not excluded under the Speedy Trial Act pending the status conference.

Because the government has produced thousands of pages of discovery in this matter, Defendant now respectfully requests that the time from the filing of this motion on August 11, 2017, through the date of the status conference on August 29, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) on the grounds that excluding such time will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The government stipulates that an exclusion

//

of time is appropriate.

IT IS SO STIPULATED.

DATED: August 11, 2017    /s/
JULIE D. GARCIA
Assistant United States Attorney

DATED: August 11, 2017    /s/
ELLEN V. LEONIDA
Assistant Federal Public Defender

**[PROPOSED] ORDER**

The Court finds that the circumstances warrant the exclusion of the period from August 11, 2017, to August 29, 2017, from the time limits applicable under 18 U.S.C. § 3161; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant the reasonable time necessary for effective preparation and of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: August 11, 2017

HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 17-369 RS