| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | JULIE D. GARCIA (CABN 288624)<br>Assistant United States Attorney |
| 5 |     450 Golden Gate Avenue, Box 36055<br>    San Francisco, California 94102-3495 |
| 6 |     Telephone: (415) 436-6758<br>    FAX: (415) 436-7234 |
| 7 |     Julie.Garcia@usdoj.gov |
| 8 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: CR 17-369 RS |
| Plaintiff, | ) ) | STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER |
| v. | ) ) | |
| PHAITHONG EDWARD SAIYAKHOM | ) ) | |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between the parties to this action, as stated on the record at the status conference on August 29, 2017, that the time period from August 29, 2017, through and including October 10, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). Excluding time through October 10, 2017, will allow for the effective preparation of the defense. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

//

//

//

//

//

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 17-369 RS

IT IS SO STIPULATED.

DATED: September 5, 2017

      /s/
JULIE D. GARCIA
Assistant United States Attorney

DATED: September 5, 2017

      /s/
ELLEN V. LEONIDA
Assistant Federal Public Defender
Counsel for defendant PHAITHONG EDWARD SAIYAKHOM

## [PROPOSED] ORDER

As explained on the record during the August 29, 2017, status conference, the Court finds that the exclusion of the period from August 29, 2017, through October 10, 2017, from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, IT IS HEREBY ORDERED THAT the period from August 29, 2017, through and including October 10, 2017, be excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 9/5/17

HON. RICHARD SEEBORG
United States District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 17-369 RS